[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 20, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-17090
Non-Argument Calendar

_____

D. C. Docket No. 05-00007-CR-HL-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NATHAN DEON JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(March 20, 2007)**

Before DUBINA, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Phil Cannon, appointed counsel for Nathan Deon Jones in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). As a preliminary matter, counsel's motion to renew his original motion to withdraw and <u>Anders</u> brief out of time is **GRANTED**.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence is **AFFIRMED**.